930

No. 438, Misc. SHIVERS v. PEPERSACK, WARDEN. Court of Appeals of Maryland. Certiorari denied.

No. 442, Misc. JAMES v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 453, Misc. JOHNSON v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 473, Misc. COVINGTON v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin* for the United States.

No. 478, Misc. WILLIAMS v. TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Clyde W. Woody* for petitioner.

No. 486, Misc. BEGHTEL v. CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari denied.

No. 530, Misc. LEE v. ARKANSAS. Supreme Court of Arkansas. Certiorari denied. *Leon B. Catlett* for petitioner.